UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CR. NO. 89-149-02 (TFH) |
| | ) |
| JOYCE E. MCNEIL, | ) |
| | ) |
| Defendant. | ) |

FILED
MAY 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PETITION TO COURT FOR REMISSION OF FINE

Plaintiff moves this Court to remit the balance of $200.00 owed to the United States District Court. A court ordered judgment in the amount of $200.00 was imposed on August 17, 1989, against the defendant, JOYCE E. MCNEIL. The Court's records show that this amount is still owed by the defendant. This request is made under Title 18 U.S.C. § 3573, which states that:

> "[u]pon petition of the Government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the court may, in the interest of justice--(1) remit all or part of the unpaid portion of the fine ...including interest and penalties...."

The United States Attorney's Office has determined that there is no reasonable likelihood that expending any efforts to collect the balance of this fine would produce any net revenue to the United States. Any efforts would needlessly expend resources that could better be directed to areas with greater potential for recovery.

THEREFORE, the United States Attorney petitions this Court for an Order pursuant to 18 U.S.C. § 3573, remitting the fine, including interest and penalties.

Respectfully submitted,

JEFFREY A. TAYLOR   D.C. Bar # 498610
UNITED STATES ATTORNEY

FRED E. HAYNES, D.C. Bar # 165654
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Rm. E-4110
Washington, D.C.  20001
(202) 514-7201

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the following Motion to Petition Court For Remission of Fine was mailed, postage prepaid, first class mail to:

JOYCE E. MCNEIL

Dated: ~~January 31, 2007~~ May 15, 2007.

FRED E. HAYNES
Assistant United States Attorney