UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 4 - 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CR. NO. 89-149-02  TFH |
| | ) |
| JOYCE E. MCNEIL, | ) |
| | ) |
| Defendant. | ) |

### ORDER ALLOWING REMISSION OF FINE

This matter is before the Court on the Petition of the United States for Remission of Fine. Upon consideration of this matter, it is this ___4___ day of ___June___, 2002,

ORDERED that such petition should be and hereby is GRANTED. The balance of $200.00 imposed on August 17, 1989, plus interest and penalties, is hereby remitted.

~~STANLEY S. HARRIS~~
UNITED STATES DISTRICT JUDGE

THOMAS F. HOGAN
CHIEF JUDGE